UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:25-cv-10555-JGB-MAR** Date: September 2, 2026

Title *Daniel Bryan Madsen v. Los Angeles County Department of Public Social Services*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AND FAILURE TO PROVIDE CURRENT ADDRESS**

On October 27, 2025, Daniel Bryan Madsen ("Petitioner"), proceeding pro se, filed a Complaint pursuant to 8 U.S.C. § 1983. ECF Docket No. ("Dkt.") 1. The court granted Plaintiff's request to proceed In Forma Pauperis ("IFP"), dismissed Plaintiff's claim for assault with leave to amend, and ordered that Plaintiff should file an amended complaint by December 5, 2025 if he wished to proceed with the claim for assault. Dkt. 5.

It appears likely that Plaintiff has not received a copy of the OSC because, on January 5, 2026, the copy of the order that the Court mailed to Plaintiff was returned to the Court. Dkt. 10. Plaintiff has not, however, provided this Court with an updated correct mailing address, as required by the Local Rules.[1] Further, Plaintiff has not filed an amended complaint or a request that the clerk issue a summons, as described in Federal Rule of Civil Procedure 4(b). Indeed, the local rules also state that "summons must be prepared using an approved form of summons, available from the Court's website." L.R. 4-1.

Thus, the Court is inclined to issue an Order dismissing the Complaint for failure to prosecute. However, before doing so, the Court will give Plaintiff an opportunity to show cause in writing **within twenty-one (21) days** of this Order, **by September 22, 2026**, why this action should not be dismissed under Rule 41(b) for failure to prosecute and also for failure to keep the Court

[1] Local Civil Rule 41-6 states as follows:

> A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

L.R. 41-6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:25-cv-10555-JGB-MAR** Date: September 2, 2026

Title *Daniel Bryan Madsen v. Los Angeles County Department of Public Social Services*

informed of a correct mailing address pursuant to Local Civil Rule 41-6. See Fed. R. Civ. P. 41(b); Local Civil Rule 41-6.

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

1. Plaintiff shall file a Notice of Change of Address,
2. Plaintiff shall provide the Court with an explanation as to why he has failed to file an amended complaint or a request that the clerk issue summons; or
3. Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a).

**The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.**

**Failure to respond to the Court's Order will result in the dismissal of the action.**

**IT IS SO ORDERED.**

:

**Initials of Preparer** ev

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Plaintiff(s),<br>v.<br>Defendant(s). | CASE NUMBER |
| | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ______________________________

______________________________

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______________________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

______________________ ______________________________
*Date* *Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***